**No. 09-11422. Lazaro Cruz, Petitioner v. United States.**

562 U.S. 879, 131 S. Ct. 195, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 7048.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11423. Santana Jade Cline, Petitioner v. United States.**

562 U.S. 879, 131 S. Ct. 196, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 6559.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 526.

**No. 09-11424. Sabrina D. Davis, Petitioner v. Kia Motors America, Inc., et al.**

562 U.S. 879, 131 S. Ct. 196, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 6998,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 408.

**No. 09-11425. Anthony Dewayne Hood, Petitioner v. Tennessee Department of Children's Services.**

562 U.S. 879, 131 S. Ct. 196, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 6541.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Tennessee, Middle Division, denied.

Same case below, 338 S.W.3d 917.

**No. 09-11426. Homer Earl Hawkins, Petitioner v. Deborah Dexter, Warden.**

562 U.S. 880, 131 S. Ct. 196, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 6994.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11427. Del Eugene Lange, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 880, 131 S. Ct. 196, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 7034.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11428. Keith Thomas, Petitioner v. United States.**

562 U.S. 880, 131 S. Ct. 196, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 6815.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 978 A.2d 1211.

**No. 09-11429. David P. Webster, Petitioner v. Washington.**

562 U.S. 880, 131 S. Ct. 197, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 6812.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.